HOWARD BROWER et al., Appellants, *v.* NEWBOLD T. LAWRENCE et al., Defendants, and CAROLINE T. LAWRENCE et al., Respondents.

(Argued October 22, 1930; decided November 18, 1930.)

*Charles D. Newton* for appellants.

*Harold E. Herrick* and *Frank Sowers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.